UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00060-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE BENCH |
| | ) | TRIAL |
| v. | ) | |
| | ) | |
| AMBER PRICE, | ) | DATE:  June 30, 2022 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-po-00060-CKD is GRANTED.

It is further ordered that the bench trial scheduled on June 30, 2022, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated:  June 24, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE